In the Matter of WESTERN ELECTRIC COMPANY, INC., Appellant, against FRANK J. TAYLOR, as Comptroller of the City of New York, Respondent.

Argued November 15, 1937; decided November 23, 1937.

*Paul Windels, Corporation Counsel* (*Paxton Blair* of counsel), for motion.

*Homer H. Breland, Craddock M. Gilmour* and *T. Brooke Price* opposed.

Motion denied.